IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff

CRIMINAL 16-0791CCC

vs

CARLOS MANUEL BORRERO VELEZ
Defendant

## ORDER

The Court has before it a Motion Submitting Defendant's Request to Withdraw Plea and for the Appointment of New Counsel (d.e. 53) filed on April 25, 2018 by defendant Carlos Manuel Borrero Vélez though his counsel, A.F.P.D. Yasmín Irizarry Pietri.  Attached to the Motion is a handwritten statement In the Spanish language signed by defendant Borrero Vélez and dated April 23, 2018 (d.e. 53-1) and a non-certified English translation of said statement.  A.F.P.D. Irizarry Pietri shall file by **MAY 11, 2018** a certified English translation of defendant's statement in compliance with Local Rules of Procedure 5(g) and 112.

The Clerk of Court shall procure the transcription of the change of plea hearing of defendant Borrero Vélez held before U.S. Magistrate-Judge Vélez Rivé on January 25, 2018 (d.e. 47).

SO ORDERED.

At San Juan, Puerto Rico, on May 8, 2018.


S/CARMEN CONSUELO CEREZO
United States District Judge