IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff
vs
CARLOS MANUEL BORRERO VELEZ
Defendant

CRIMINAL 16-0791CCC

**ORDER**

Defendant Carlos Manuel Borrero Vélez has twice requested a hearing on his Motion to Withdraw Plea and for the Appointment of New Counsel (d.e. 53). The first such request was made at paragraph 3 of the Motion itself where he requested both a withdrawal of his plea of guilty and for the appointment of new counsel (see d.e. 53 filed on April 25, 2018). The second such request was made at paragraph 4 of a Second Motion Requesting Hearing on Defendants' Motion for Withdrawal of Counsel filed on May 8, 2018 (d.e. 55). The Court notes that the first Motion filed on April 25, 2018 (d.e. 53) asked for a hearing so that defendant Borrero could express himself on his motion to withdraw plea and for the appointment of new counsel. The second related motion filed on May 8, 2018 requested in its title a hearing on defendant's motion for withdrawal yet at page 2, paragraph 4 of that motion defendant requested "that a hearing be scheduled . . . to entertain Borrero's claims/requests as expressed in D.E. 53 . . ." Both motions (**d.e. 53 and d.e. 55**) requesting a hearing are DENIED without prejudice to reconsider if the Court, after reviewing the transcript of the change of plea hearing of defendant

CRIMINAL 16-0791CCC                2

Borrero held on January 25, 2018 before U.S. Magistrate-Judge Vélez Rivé, deems that a hearing is necessary.

SO ORDERED.

At San Juan, Puerto Rico, on May 11, 2018.


                                        S/CARMEN CONSUELO CEREZO
                                        United States District Judge